**Schedule 1**

Contracts or Lease Which May be Assumed and Assigned[1]

| Party | Description | Cure Amount |
|---|---|---|
| Alfred M. Dirienzo<br>2361 West Bakersville-Edie Road<br>Somerset, PA 15501 | Renewal of Lease | $0 |
| Alfred M. Dirienzo<br>2361 West Bakersville-Edie Road<br>Somerset, PA 15501 | Renewal of Lease | $0 |
| Alfred M. Dirienzo<br>2361 West Bakersville-Edie Road<br>Somerset, PA 15501 | Renewal of Lease | $0 |
| Allegany Coal and Land Company<br>Attn: W. Stephen Jenkins, President<br>17 Depot Street<br>PO Box 410<br>Frostburg, MD 21532 | Lease Agreement (Carlos Mine) | $102,188 |
| Allegany Coal and Land Company<br>Attn: W. Stephen Jenkins, President<br>PO Box 410<br>Depot Road<br>Frostburg, MD 21532 | Lease Agreement (#439 Cabin Run Mine) | $163,571 |
| Allegany Coal and Land Company<br>Attn: W. Stephen Jenkins, President<br>PO Box 410<br>Depot Road<br>Frostburg, MD 21532 | Lease Agreement (#453 Walker Mine) | $0 |
| Amerikohl Mining, Inc.<br>Attn: Central PA Division<br>1384 State Route 711<br>Stahistown, PA 15687 | Purchase Order | $0 |
| Appalachian Timber Products, Inc.<br>5621 National Pike<br>Markleysburg, PA 15459 | Lease Agreement (Appalachian Lease) | $0 |
| Barry L. George<br>372 Pleasant Hill School Road<br>Meyersdale, PA 15552 | Lease Agreement (Barry L. George Lease) | $0 |

---

[1] The inclusion of a contract or lease on this list (each, a "Contract") does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract. The Debtors reserve all rights with respect to assumption or rejection of any Contract included on this list.

17362533/5

| | | |
|---|---|---|
| Beechwood Coal, LLC<br>19709 Winners View Terrace<br>Frostburg, MD 21532 | Lease Agreement<br>(Covers Property Related to: the Carlos Mine Lease, the Cabin Run Mine Lease, the Walker Mine Lease[2], the Midland Lease and the Waynesburg Lease) | $126,858.96 |
| Bennie A. & Savilla G. Fisher<br>212 Liberty Street<br>Meyersdale, PA 15552 | Lease Agreement<br>(Savilla Lease) | $0 |
| Bennie A. & Savilla G. Fisher<br>212 Liberty Street<br>Meyersdale, PA 15552 | Lease Agreement<br>(Savilla Lease) | $0 |
| Cleveland Brothers Equipment Co., Inc.<br>5300 Paxton St<br>Harrisburg, PA 17111-2525 | Construction Equipment Quotation/Offer to Sell and Security Agreement | $419,595 |
| Caterpillar Financial Services Corporation and Caterpillar Financial Commercial Account Corporation<br><br>2120 West End Ave<br>Nashville, TN 37203 | Contract # 001-70137576 | $173,752.23 |
| Caterpillar Financial Services Corporation and Caterpillar Financial Commercial Account Corporation<br><br>2120 West End Ave<br>Nashville, TN 37203 | Contract # 001-70137576 | $173,752.23 |
| Caterpillar Financial Services Corporation and Caterpillar Financial Commercial Account Corporation<br><br>2120 West End Ave<br>Nashville, TN 37203 | Contract # 001-70030773 | $211,700.00 |
| Caterpillar Financial Services Corporation and Caterpillar Financial Commercial Account Corporation<br><br>2120 West End Ave<br>Nashville, TN 37203 | Contract # 001-70088677 | $279,222.20 |

---

[2]    Please note that some of these leases have been transferred or are no longer active. The Debtors include such leases in this description out of an abundance of caution.

| | | |
|---|---|---|
| Caterpillar Financial Services Corporation and Caterpillar Financial Commercial Account Corporation<br><br>2120 West End Ave<br>Nashville, TN 37203 | Contract # 001-70126693 | $43,084.30 |
| Caterpillar Financial Services Corporation and Caterpillar Financial Commercial Account Corporation<br><br>2120 West End Ave<br>Nashville, TN 37203 | Contract # 001-70065294 | $26,231.65 |
| Caterpillar Financial Services Corporation and Caterpillar Financial Commercial Account Corporation<br><br>2120 West End Ave<br>Nashville, TN 37203 | Contract # 001-70079010 | $51,580.25 |
| Caterpillar Financial Services Corporation and Caterpillar Financial Commercial Account Corporation<br><br>2120 West End Ave<br>Nashville, TN 37203 | Contract # 001-70028948 | $18,672 |
| CSX Transportation, Inc.<br>Property Services, J180<br>500 Water Street<br>Jacksonville, FL 32202 | Lease Agreement<br>(CSX Lease) | $0 |
| CSX Transportation, Inc.<br>Property Services, J180<br>500 Water Street<br>Jacksonville, FL 32202 | Supplemental Agreement | $0 |
| David Svonavec<br>887 West Mud Pike<br>Rockwood, PA | Finder's Fee Agreement<br>(Milford/Wheelage Agreement) | $35 |
| Douglas L. Sanner and Roxanne S. Sanner; Larry R. Sanner and Kathryn K. Sanner<br>1063 Rockdale Rd<br>Rockwood, PA 15557 | Option and Right of First Refusal Agreement<br>(Shaw Big Vein Lease Agreement) | $0 |
| Dynegy Energy Services East, LLC<br>6555 Sierra Dr<br>Irving, TX 75039 | Electric Service Agreement | $0 |

3

| | | |
|---|---|---|
| Edward R. Hay<br>31 Gay St<br>Salisbury, PA 15558 | Lease Agreement/Royalty Agreement<br>(Hay Lease Agreement) | $15,616 |
| Rebecca Stein<br>1342 Springs Road<br>Grantsville, MD 21536 | Lease Agreement/Royalty Agreement<br>(Hay Lease Agreement) | $15,616 |
| Mark Grew<br>3 Grant Street<br>Salisbury, PA 15558 | Lease Agreement/Royalty Agreement<br>(Hay Lease Agreement) | $15,616 |
| Edwin D. and Rachel A. Yoder<br>545 Bender Bridge Rd<br>Meyersdale, PA 15552 | Surface Lease Agreement<br>(Edwin and Rachel Yoder Lease; Saylor Hill #2) | $0 |
| Elk Lick Township Supervisors<br>1507 St. Paul Road<br>West Salisbury, PA 15565 | Surface Lease Agreement<br>(Elk Lick Lease) | $0 |
| Elk Lick Township Supervisors<br>1507 St. Paul Road<br>West Salisbury, PA 15565 | Addendum Agreement<br>(Elk Lick Lease) | $0 |
| Elk Lick Township Supervisors<br>1507 St. Paul Road<br>West Salisbury, PA 15565 | Lease Agreement<br>(Elk Lick Lease) | $0 |
| Eugene R. Sell and Brenda K. Sell<br>1221 Roemer Blvd.,<br>Farrell, PA 16121 | Revised and Restated Agreement<br>(Craighead Mine Agreement) | $0 |
| Glassmere Fuel Service, Inc<br>Attn: Dell M. Cromie<br>PO Box 187<br>Curtisville, PA 15032 | Sale Confirmation | $0 |
| Joseph E. Brenneman Family Trust<br>186 Shaw Mines Rd<br>Meyersdale, PA 15552 | Land Rental Lease Agreement<br>(Brenneman Family Agreement) | $0 |
| Michael R. Saylor and Kimberly S. Saylor<br>354 Haysmill Road<br>Meyersdale, PA 15552 | Surface and Coal Lease Agreement<br>(Saylor Lease) | $0 |
| Michael R. Saylor and Kimberly S. Saylor<br>354 Haysmill Road<br>Meyersdale, PA 15552 | Surface and Coal Lease Agreement<br>(Saylor Lease) | $0 |
| Noah D. and Vernie N. Yoder<br>225 Coke Oven Rd.<br>Meyersdale, PA 15552 | Lease Agreement<br>(Noah and Vernie Yoder Lease) | $0 |

4

| | | |
|---|---|---|
| Robert F. Barkman<br>1671 Chickentown Road<br>Rockwood, PA 15557<br><br>AND<br><br>Reno J. Barkman<br>1762 Chickentown Road<br>Rockwood, PA 15557 | Wheelage Royalty Agreement<br>(Wheelage Agreement) | $35 |
| RFI Resources LLC<br>555 Philadelphia St<br>Indiana, PA 15701-3901 | Purchase Order | $0 |
| Richard Sanner<br>238 Burkett Road<br>Markleton, PA 15551 | Override Royalty | $0 |
| Rosebud Mining Company<br>Attn: James R. Barker<br>301 Market St<br>Kittanning, PA 16201 | Lease Agreement<br>(Rosebud Lease) | $0 |
| Roy Barnes and Gilbert L. Barnes<br>PO Box 362<br>Midlothian, MD 21543 | Lease Agreement<br>(Barnes Lease; Carlos Mine) | $0 |
| S&P Global Commodity Insight, a division of S&P Global Inc.<br>Attn: S&P Global Commdity Insights Customer Services<br>55 Water St<br>New York, NY 10041 | Master Subscription Agreement | $0 |
| Savage Forest, LLC<br>125 Roger Storme Rd<br>Madisonville, LA 70447 | Coal Mining Lease<br>(Savage Lease) | $0 |
| Shaw Big Vein Coal Company<br>1063 Rockdale Rd<br>Rockwood, PA 15557 | Amendment No. 1 to Coal Lease Agreement<br>(Fisher #3) | $142,796 |
| Shaw Big Vein Coal Company<br>1063 Rockdale Rd<br>Rockwood, PA 15557 | (Edwin and Rachel Yoder Lease; Saylor Hill #2) | Included in above |

5

17362533/5

| | | |
|---|---|---|
| Shaw Big Vein Coal Company, 1063 Rockdale Rd Rockwood, PA 15557<br><br>Douglas L. Sanner, Roxanne S. Sanner 1063 Rockdale Rd Rockwood, PA 15557<br><br>Larry R. Sanner and Kathryn K. Sanner 946 Rockdale Rd. Rockwood, PA 15557 | Coal Lease Agreement (Summit #2) | Included in above |
| Simon E. Brenneman Revocable Living Trust 273 Pleasant Hill School Road Meyersdale, PA 15552 | Lease Agreement (Simon E Brenneman Trust Lease) | $0 |
| St. Moritz Security Services, Inc. Attn: Evan Nardon 4600 Clairton Blvd Pittsburgh, PA 15236 | Services Proposal | $0 |
| St. Moritz Security Services, Inc. Attn: Evan Nardon 4600 Clairton Blvd Pittsburgh, PA 15236 | Video Monitoring Service Agreement | $35,297.53 |
| Summit Township Supervisors 192 Township Office Road Meyersdale, PA 15552 | Lease Agreement (Summit Township Lease) | $0 |
| The Baltimore and Ohio Railroad Company 100 North Charles Street Baltimore, MD 21201 | Lease Agreement | $0 |
| The Baltimore and Ohio Railroad Company 100 North Charles Street Baltimore, MD 21201 | Lease Agreement | $0 |
| Virgil Romesberg Revocable Living Trust 830 Romeburg Road Hyndman, PA 15545 | Agreement (Romesburg Lease) | $0 |
| Willard Maust 237 Sunny Vale Rd Meyersdale, PA 15552 | Agreement of Land Use (Summit #2) | $0 |

17362533/5

| | | |
|---|---|---|
| William W. Moser and Robert K. Moser<br>R.D. 3<br>Meyersdale, PA 15552 | Lease Agreement (Moser Lease) | $0 |
| Wilson Creek Energy, LLC<br>1576 Stoystown Rd.<br>P.O. Box 260<br>Friedens, PA 15541 | Asset Purchase Agreement (Wilson APA) | $0 |
| Berkley National Insurance Company<br>475 Steamboat Road<br>Greenwich, CT 06830 | Inland Marine Insurance Policy | $0 |
| Chubb Commercial Insurance<br>550 Madison Avenue<br>New York, NY 10022 | Employment Practices Liability Insurance Policy | $0 |
| Chubb Commercial Insurance<br>550 Madison Avenue<br>New York, NY 10022 | Directors and Officer's Insurance, FL and Crime Insurance Policy | $0 |
| Rockwood Casualty Insurance Company<br>654 Main Street<br>Rockwood, PA 15557 | Commercial Property Insurance Policy | $0 |
| Rockwood Casualty Insurance Company<br>654 Main Street<br>Rockwood, PA 15557 | Automobile Insurance Policy | $0 |
| Rockwood Casualty Insurance Company<br>654 Main Street<br>Rockwood, PA 15557 | General Liability Insurance Policy | $0 |
| Rockwood Casualty Insurance Company<br>654 Main Street<br>Rockwood, PA 15557 | Pollution Insurance Policy | $0 |
| Rockwood Casualty Insurance Company<br>654 Main Street<br>Rockwood, PA 15557 | Umbrella Insurance Policy | $0 |
| Rockwood Casualty Insurance Company<br>654 Main Street<br>Rockwood, PA 15557 | Workers Compensation Insurance Policy | $0 |

17362533/5