## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KTRV LLC, et al.,<br>                Debtors. | Chapter 11<br><br>Case No. 25-10601 (MFW)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On October 8th. 2025, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by electronic mail on the service list attached hereto as Exhibit A:

| 10/08/2025 | 548 | Application for Compensation - Second Consolidated Monthly Fee Application of Landis Rath & Cobb LLP as Co-Counsel to the Official Committee Of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the period July 1, 2025 to August 31, 2025 Filed by Official Committee of Unsecured Creditors. Objections due by 10/22/2025. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Certification of Matthew R. Pierce) (Pierce, Matthew) (Entered: 10/08/2025) |
|---|---|---|
| 10/08/2025 | 549 | Application for Compensation - Second Consolidated Monthly Fee Application of Frost Brown Todd LLP, for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period July 1, 2025 to August 31, 2025 Filed by Official Committee of Unsecured Creditors. Objections due by 10/22/2025. (Attachments: # 1 Notice # 2 Exhibit A) (Pierce, Matthew) (Entered: 10/08/2025) |

Dated: October 8th, 2025

                                  */s/ Laurie Heggan*
                                  Laurie Heggan
                                  Reliable Companies
                                  1007 North Orange Street, Suite 110
                                  Wilmington, DE 19801

# EXHIBIT A

**VIA ELECTRONIC MAIL**

KTRV LLC and Heritage Coal
& Natural Resources LLC
c/o Chief Restructuring Officer
RK Consultants LLC,
1178 Broadway
3rd FL, Suite 1505
New York, New York 10001
Attn: Brian Ryniker
(brian@rkc.llc)

**VIA ELECTRONIC MAIL**

the Office of the United States Trustee
844 King Street
Suite 2207, Lock Box 35
Wilmington, Delaware 19801
Attn: Malcolm M. Bates
(Malcolm.M.Bates@usdoj.gov);

**VIA ELECTRONIC MAIL**

Morris James LLP
500 Delaware Avenue,
Suite 1500
Wilmington, DE 19801
Attn: Jeffrey R. Waxman
(jwaxman@morrisjames.com