**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KTRV LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10601 (MFW)<br><br>(Jointly Administered) |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 23, 2025 AT 10:00 A.M. (ET)**

> **This hearing will be conducted by Zoom.[3] Parties and witnesses are permitted, but not required, to appear in person. The Court has no preference.**
>
> **To attend the hearing remotely, please register using the eCourt Appearances tool on the Court's website at www.deb.uscourts.gov or click the below link: https://ecf.deb.uscourts.gov/cgi-bin/nysbappearances.pl.**
>
> **Parties are required to register for the hearing no later than 4:00 p.m. (ET) one business day before the hearing. You must use your full name when logging into zoom or you will not be allowed into the meeting.**
>
> **After registering your appearance, you will receive a confirmation email. Zoom information will be sent out prior to the hearing.**
>
> **\*\* Parties that previously registered for the October 20, 2025 hearing are not required to re-register for the Status Conference, and the prior Zoom information remains unchanged. \*\***

**STATUS CONFERENCE:**

1. Combined Disclosure Statement and Plan of Liquidation Dated September 1, 2025 [Filed September 1, 2025; Docket No. 493].

   Objection Deadline: October 7, 2025 at 4:00 p.m. (ET); extended through October 9, 2025 at noon for the Office of the United States Trustee ("U.S. Trustee").

---

[1] The Debtors in these chapter 11 cases, along with each the last four digits of each Debtor's tax identification number, are as follows: KTRV LLC (9993), Heritage Coal & Natural Resources, LLC (8326). The Debtors' service address is 1521 Concord Pike, Suite 201, Wilmington, DE 19803.

[2] Amended items appear in **BOLD**.

[3] Parties that previously registered for the October 20, 2025 hearing are not required to re-register for the Status Conference, and the prior Zoom information remains unchanged.

17597345/1

Response(s) Received:

A. Informal comments from the U.S. Trustee.

B. Commonwealth of Pennsylvania, Department of Environmental Protection's Objection to Plan Confirmation [Filed October 7, 2025; Docket No. 539].

C. State of Maryland, Department of the Environment's Objection to Plan Confirmation [Filed October 7, 2025; Docket No. 543].

D. Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' Combined Disclosure Statement and Plan of Liquidation Dated September 1, 2025 [Filed October 7, 2025; Docket No. 544].

E. United States Trustee's Reservation of Rights Regarding Confirmation of the Combined Disclosure Statement and Plan of Liquidation Dated September 1, 2025 [Filed October 8, 2025; Docket No. 547].

Related Documents:

A. Notice of Filing of Blackline of Combined Disclosure Statement and Plan of Liquidation Dated September 1, 2025 [Filed September 1, 2025; Docket No. 494].

B. Order Granting the Debtors' Motion for an Order (I) Approving on an Interim Basis the Adequacy of Disclosures in the Combined Plan and Disclosure Statement, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, (IV) Approving the Form of Ballot and Solicitation Package, and (V) Approving the Notice Provisions [Entered September 2, 2025; Docket No. 499].

C. Affidavit of Service re: Solicitation Service of Combined Disclosure Statement and Plan of Liquidation Dated September 1, 2025 [Filed September 19, 2025; Docket No. 516].

D. Notice of Filing of Plan Supplement for Combined Disclosure Statement and Plan of Liquidation Dated September 1, 2025 [Filed September 30, 2025; Docket No. 535].

E. Certification of Adam J. Fialkowski of Stretto Regarding Voting and Tabulation of Ballots Cast on Combined Disclosure Statement and Plan of Liquidation [Filed October 10, 2025; Docket No. 553].

F.  Notice of Filing of Amended Plan Supplement for Combined Disclosure Statement and Plan of Liquidation Dated September 1, 2025 [Filed October 10, 2025; Docket No. 556].

G.  Declaration of Brian Ryniker in Support of Confirmation of the Combined Disclosure Statement and Plan of Liquidation Dated September 1, 2025 [Filed October 10, 2025; Docket No. 557].

H.  Declaration of Roland Davis in Support of Confirmation of the Combined Disclosure Statement and Plan of Liquidation Dated September 1, 2025 [Filed October 10, 2025; Docket No. 558].

I.  Debtors' Memorandum of Law in Support of an Order Approving the Debtors' Combined Disclosure Statement and Plan of Liquidation Dated September 1, 2025 [Filed October 10, 2025; Docket No. 559].

J.  Notice of Filing of Proposed Findings of Fact and Conclusions of Law (I) Approving Disclosure Statement on a Final Basis; and (II) Confirming Combined Disclosure Statement and Plan of Liquidation Dated September 1, 2025 [Filed October 10, 2025; Docket No. 560].

K.  Notice of Filing of Second Amended Plan Supplement for Combined Disclosure Statement and Plan of Liquidation Dated September 1, 2025 [Filed October 20, 2025; Docket No. 572].

L.  Notice of Filing of Revised Proposed Findings of Fact and Conclusions of Law (I) Approving Disclosure Statement on a Final Basis; and (II) Confirming Combined Disclosure Statement and Plan of Liquidation Dated September 1, 2025 [Filed October 20, 2025; Docket No. 573].

M.  **Notice of Filing of Revised Proposed Findings of Fact and Conclusions of Law (I) Approving Disclosure Statement on a Final Basis; and (II) Confirming Combined Disclosure Statement and Plan of Liquidation Dated September 1, 2025 [Filed October 23, 2025; Docket No. 586].**

Status: This matter is going forward as a status conference.

Dated: October 23, 2025
      Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
Christopher M. Donnelly (DE Bar No. 7149)
Samantha L. Rodriguez (DE Bar No. 7524)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
E-mail: jwaxman@morrisjames.com
        emonzo@morrisjames.com
        cdonnelly@morrisjames.com
        srodriguez@morrisjames.com

*Counsel to the Debtors and Debtors in Possession*